JAMES TWYMAN, Respondent, *v.* VICTOR C. ANDERSON, Appellant.

(Submitted October 16, 1931; decided November 17, 1931.)

*James M. Bovard, Everett W. Bovard* and *Henry L. Ughetta* for appellant.

*Joseph A. McCabe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.